IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00160-RN

**Natoshia Allen**,

    Plaintiff,

v.

**Andrew Saul,** Commissioner of Social Security,

    Defendant.

**Order**

Court hereby awards Plaintiff $4,505.74 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

Dated: October 3, 2019

*/s/ Robert T. Numbers, II*
Robert T. Numbers, II
United States Magistrate Judge