UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NATOSHIA TAMEKA ALLEN,  )<br>  )<br>       Plaintiff  )<br>  )<br>vs.  )<br>  )<br>COMMISSIONER OF SOCIAL  )<br>SECURITY,  )<br>  )<br>       Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:18-CV-160-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $4,505.74 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

<u>This Judgment filed and entered on October 4, 2019, and copies to:</u>
Russell R. Bowling (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)
Mark J. Goldenberg (via CM/ECF electronic notification)

October 4, 2019

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk